■ LORI GARCEA, as Parent and Natural Guardian of DANIELLE KASINOWSKI, Respondent, v ALLEN M. BATTISTA et al., Defendants, and MARK D. RIVOLI et al., Appellants. (Appeal No. 2.) [859 NYS2d 876]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered December 14, 2006 in a personal injury action. The order denied that part of the motion of defendants Mark D. Rivoli, Michael B. Rivoli, and The Gates Pub, Inc. seeking, inter alia, leave to renew their prior motion to vacate an order of default judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Garcea v Battista* (53 AD3d 1068 [2008]). Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Peradotto, JJ.

■ LORI GARCEA, as Parent and Natural Guardian of DANIELLE KASINOWSKI, Respondent, v ALLEN M. BATTISTA et al., Defendants, and MARK D. RIVOLI et al., Appellants. (Appeal No. 3.) [859 NYS2d 875]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), dated July 26, 2007 in a personal injury action. The order, insofar as appealed from, granted in part plaintiff's motion and denied in part the cross motion of defendants Mark D. Rivoli, Michael B. Rivoli, and The Gates Pub, Inc. with respect to General Obligations Law § 15-108.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Garcea v Battista* (53 AD3d 1068 [2008]). Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Peradotto, JJ.